# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

RUBEN CRAIG, III,

      Plaintiff,

      v.

JOHN WETZEL, *et al.*,

      Defendants.

CIVIL ACTION NO. 1:21-cv-02020

(SAPORITO, J.)

## ORDER

**AND NOW**, this 22nd day of September, 2025, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The unidentified defendants, John Doe #3 and John Doe #4, are **DISMISSED** from this action. The Clerk is **DIRECTED** to terminate these defendants from the docket.

2.    Defendants' motion for summary judgment (Doc. 54) is **GRANTED** as to defendants Ransom, Miller, McKeown, Treverton, Fagen, Williams, and Bohinski. The Clerk is **DIRECTED** to terminate these defendants from the docket.

3.    Defendants' motion for summary judgment is **GRANTED** as to Craig's First, Fifth, and Fourteenth Amendment claims against defendants Wetzel and Depeiro.

4.      Defendants' motion for summary judgment is **DENIED** as to Craig's Eighth Amendment claims against Wetzel and Depeiro.

5.      Craig's motion for summary judgment (Doc. 73) remains pending. Craig's motion for an extension of time to produce medical records in support of his motion (Doc. 89) is **GRANTED**. Craig's deadline to supplement the motion is **EXTENDED** to <u>October 15, 2025</u>.

6.      Defendants' deadline to respond to Craig's motion (Doc. 73) remains **STAYED** pending service of the supplemental records.

7.      A status conference will be set by separate order.


Dated: September 22, 2025            *<u>s/Joseph F. Saporito, Jr.</u>*
                                     JOSEPH F. SAPORITO, JR.
                                     United States District Judge